**FILED**
April 11, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LEONA YEARGIN, ) <br> ) <br> Defendant. ) | Case No. 2:13-cr-00103-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LEONA YEARGIN, Case No. 2:13-cr-00103-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $25,000.00.

   __X__ Unsecured Appearance Bond

   ____ Secured Appearance Bond

   __X__ (Other) <u>Conditions as stated on the record.</u>

____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/11/2013  at  3:02 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge