MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for LEONA YEARGIN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>     v.<br><br>LEONA YEARGIN,<br>            Defendants. | ) No. CR-S-13-103 MCE<br>)<br>) STIPULATION AND<br>) ORDER TO CONTINUE PLEA HEARING<br>)<br>) Date: 10-3-13<br>) Time: 9:00 a.m.<br>) Judge: Hon. Morrison C. England |

It is hereby stipulated between the parties, Todd Pickles, Assistant United States Attorney, Michael D. Long, attorney for defendant Leona Yeargin that the status conference date of September 26, 2013, should be continued until October 3, 2013.  The continuance is necessary because Leona Yeargin was unable to afford to pay for transportation to court on September 26, 2013.  In a separate order, the court will order the United States Marshal Service to pay for Ms. Yeargin to be transported via Amtrak from Richmond to Sacramento for court.  Defendant and AUSA Pickles jointly agree that time should continue to be excluded until October 3, 2013 for continued defense preparations and to arrange for the defendant to come to court.  Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through October 3, 2013.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new court date of October 3, 2013, be excluded in computing the time within which

-1-

-2-

1  trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local
2  Code T4, for ongoing preparation of counsel.

Dated: September 26, 2013               Respectfully submitted,

                                        /s/            *Michael  D. Long*

                                        MICHAEL D. LONG
                                        Attorney for Leona Yeargin

Dated: September 5, 2013                BENJAMIN WAGNER
                                        United States Attorney

                                        /s/            *Samuel Wong*

                                        TODD PICKLES
                                        Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-13-103 MCE
         Plaintiff,   )
            ) ORDER
  v.   )
            )
LEONA YEARGIN,   ) Date: 10-3-13
         Defendants.   ) Time: 9:00 a.m.
=============================) Judge: Hon. Morrison C. England

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the plea hearing presently set for September 26, 2013, at 9:15 a.m. be continued to October 3, 2013, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case, based on the parties arranging to have Ms. Yeargin come to court to plead guilty pursuant to the terms of a proposed plea agreement, would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The court finds that the reasons for granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to October 3, 2013, shall continue to be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare and to complete negotiations.

     IT IS SO ORDERED.

Dated:  September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT