MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR 13-103 MCE
                Plaintiff,                    )
                                              ) STIPULATION MODIFYING
     v.                                       ) PRE-TRIAL RELEASE CONDITIONS
                                              )
LEONA YEARGIN,                                )
                Defendant.                    )
==============================) Judge: Hon. Kendall J. Newman

TO: BENJAMIN WAGNER, U.S. Attorney, TODD PICKLES, Assistant U.S. Attorney:

Defendant LEONA YEARGIN, by and through his attorney, Michael D. Long, and the Government, by and through its attorney, Todd Pickles, stipulate as follows:

Pre-trial services officer Tai Gaskins has concluded that defendant LEONA YEARGIN is in need of counseling for a number of reasons.  We jointly request the court to add the following condition to her pre-trial release conditions: "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

All other conditions of release remain in full force and effect.

Dated:  July 24, 2014                          Respectfully submitted,

                                               /s/ Michael D. Long_____
                                               MICHAEL D. LONG
                                               Attorney for Ms. Yeargin

Dated:  July 24, 2014

-1-

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BENJAMIN WAGNER
United States Attorney


/s/ Todd Pickles
TODD PICKLES
Assistant U.S. Attorney
Signed by Mr. Long with the permission
of Mr. Pickles

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-13-103 MCE |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| LEONA YEARGIN, | ) |
| Defendant. | ) Judge: Hon. Kendall J. Newman |
| ==============================) | |

IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Leona Yeargin are modified in the following manner:

"You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

All other conditions of release remain in full force and effect.

Dated: July 30, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE